## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:  Patricia Glover                                   Date:  August 10, 2007
Court Reporter:       Paul Zuckerman

Civil Action No. 05-cv-00024-MSK

*Parties*:                                                                                    *Counsel Appearing:*

SIZCOL, INC.,

       Plaintiff,

v.

IVAN R. UTRERA, and                                                       David Oppenheim (by telephone)
STEPHEN L. OLDHAM,

       Defendants.

## COURTROOM MINUTES

HEARING:   Non-Evidentiary- Motion to Reopen (#8)

**11:11 a.m.   Court in session.**

Counsel for plaintiff could not be reached by the Court.  No appearance by plaintiff's counsel.

Defense counsel David Oppenheim present by telephone.

Case status is reviewed.

**ORDER:**   Defendant Oldham's Motion to Reopen Case **(Doc. #8)** is **DENIED** as moot.

**ORDER:**   Plaintiff's Unopposed Motion to Withdraw Document **(Doc. #13)** is **DENIED** as moot.

**11:30 a.m.   Court in recess.**

**Total Time:   19 minutes.**
**Hearing concluded.**